**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **BEN BROWN**, | Case No. 3:24-cv-01853-JR |
| Plaintiff, | **ORDER ADOPTING FINDINGS & RECOMMENDATION** |
| v. | |
| **MSR-FSR LLC.**, | |
| Defendant. | |

William J. Macke and Matthew E. Zekala, Macke Frazier Law, 2445 NW Marshall Street, Suite 6, Portland OR97210. Attorneys for Plaintiffs.

Heidi Nunn-Gilam and Daniel L. Marks, Pace Selden Gilman Marks PLLC, 7901 North 16th Street, Suite 200 Phoenix, Arizona 85020. Attorneys for Defendants.

**IMMERGUT, District Judge.**

On May 7, 2026, Magistrate Judge Russo issued her Findings and Recommendation ("F&R"), ECF 59. The F&R recommends that this Court grant Defendant's Motion for Summary Judgment, ECF 47, and dismiss this case. Plaintiff filed Objections to the F&R ("Objections"), ECF 61, and Defendant responded ("Response"), ECF 62. After this Court granted Plaintiff leave, Plaintiff filed a reply in support of his Objections ("Reply"), ECF 69. This Court has

PAGE 1 – ORDER ADOPTING FINDINGS & RECOMMENDATION

reviewed de novo the portions of the F&R to which Plaintiff objected and ADOPTS Magistrate Judge Russo's F&R in full.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

This Court has reviewed de novo the portions of Judge Russo's F&R to which Plaintiff objected. Judge Russo's F&R, ECF 59, is adopted in full.[1] Defendant's Motion for Summary Judgment, ECF 47, is GRANTED.

**IT IS SO ORDERED**.

DATED this 30th day of June, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

---

[1] In reply, Plaintiff argues that Defendant's Response to Objections, ECF 62, raised new arguments and evidence in support of its position that were not raised in the summary judgment briefing. *See* Reply, ECF 69. Here, this Court adopts Judge Russo's F&R in full without considering any new arguments or evidence raised for the first time in Defendant's Response.

PAGE 2 – ORDER ADOPTING FINDINGS & RECOMMENDATION